UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA,<br><br>        Plaintiff,<br><br>   v.<br><br>J. WOODFORD, et.al.,<br><br>        Defendants. | CV F- 05-1143 AWI DLB P<br><br>ORDER GRANTING MOTION TO FILE AMENDED COMPLAINT<br>[DOC 11] |

Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2006, plaintiff filed a motion for leave to file an amended complaint.

Under Rule 15(a) of the Federal Rules of Civil Procedure, a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served. Otherwise, a party may amend only by leave of the court or by written consent of the adverse party, and leave shall be freely given when justice so requires. Fed. R. Civ. Pro. 15(a). The complaint in this case has not yet been served on defendants and therefore, plaintiff's motion to file an amended complaint is GRANTED.

IT IS SO ORDERED.

1
2       **Dated:     October 2, 2006**                    **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE
3