IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURELIO MARTIN SEPULVEDA,

    Plaintiff,                  CV F-05-1143 ALA P

vs.

J. WOODFORD, et al.,

    Defendants.             ORDER TO SHOW CAUSE

_____/

      Plaintiff is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. On August 23, 2006, Plaintiff filed a motion for leave to file an amended complaint. On October 2, 2006, Plaintiff's motion was granted. Plaintiff has yet to file his amended complaint.

      Therefore, IT IS HEREBY ORDERED that Plaintiff is <u>ordered to show cause within twenty-one (21) days</u> as to why this action should not be dismissed for Plaintiff's failure to file an amended complaint.

/////

DATED: November 13, 2007

                                          /s/ Arthur L. Alarcón
                                          UNITED STATES CIRCUIT JUDGE
                                          Sitting by Designation

1