IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AURELIO MARTIN SEPULVEDA,

    Plaintiff,                   1:05-CV-01143 ALA P

vs.

J. WOODFORD, et al.,

    Defendants.               <u>ORDER</u>

_____/

      Plaintiff Aurelio Sepulveda is a prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. §1983. On September 9, 2005, Plaintiff filed his original complaint. On June 13, 2006, Plaintiff filed a motion seeking to expedite the court's screening of Plaintiff's original complaint. On August 23, 2006, Plaintiff filed a request to file an amended complaint. That request was granted.

      However, Plaintiff did not file an amended complaint until December 6, 2007. This court issued an order to show cause on November 13, 2007, as to why this action should not be dismissed for Plaintiff's failure to file an amended complaint.

      In view of the fact that Plaintiff filed an amended complaint on December 6, 2007, Plaintiff's motion to expedite the screening of his original complaint is denied as moot. The court will, at a later date, screen Plaintiff's first amended complaint.

/////

1

Therefore, IT IS HEREBY ORDERED that:

1. Plaintiff's September 9, 2005, complaint is dismissed;

2. Plaintiff's June 13, 2006, motion to expedite screening is denied; and

3. The court's November 13, 2007, order to show cause is discharged.

/////

DATED: December 12, 2007

/s/ Arthur L. Alarcón
UNITED STATES CIRCUIT JUDGE
Sitting by Designation