1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8
9
10
11
12
13
14
15

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA, | CASE NO.: 1:05-cv-01143-AWI-DLB PC |
| Plaintiff, | |
| v. | ORDER FINDING SERVICE OF SECOND AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF |
| JEANNE WOODFORD, et al., | (Doc. 20) |
| Defendants. | |

/

16

Plaintiff Aurelio Martin Sepulveda ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

17
18

Plaintiff filed his second amended complaint on March 17, 2008.  The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and finds that it states a cognizable claim for relief under § 1983 against defendant Wu for retaliation and violation of the Eighth Amendment.[1]

19
20
21

Accordingly, IT IS HEREBY ORDERED that:

22

1.      Service is appropriate for defendant

23
24

Wu

25

2.      The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1) summons, a Notice of Submission of Documents form, an instruction sheet and a

26
27
28

[1]  By separate order, the Court dismissed Defendants McKay, Woodford, McGuinness, Overly, and Daguman for failure to state any claims against them.  (Doc. 27.)

copy of the second amended complaint filed March 17, 2008.

3.   Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.   Completed summons;

    b.   One completed USM-285 form for the defendant listed above; and

    c.   Two (2) copies of the endorsed second amended complaint filed March 17, 2008.

4.   Plaintiff need not attempt service on Defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>The failure to comply with this Order will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

**Dated:   November 9, 2009**          _____ /s/ **Dennis L. Beck**_____
                                 UNITED STATES MAGISTRATE JUDGE