IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURELIO MARTIN SEPULVEDA, | 1:05-CV-01143-AWI-DLB (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S FIRST MOTION TO EXTEND TIME TO SERVE RESPONSES TO DEFENDANT'S DISCOVERY REQUESTS |
| vs. | |
| JEANNE WOODFORD, et al, | (Motion#50) |
| Defendants. | April 11, 2011 DEADLINE |
| _____/ | |

     Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 7, 2011, plaintiff filed a motion to extend time to serve responses to Defendant's interrogatories, productions of documents, and requests for admission. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

     Plaintiff is granted up to and including April 11, 2011 in which to serve his responses to Defendant's discovery requests.

     IT IS SO ORDERED.

    Dated:   **March 11, 2011**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE