# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

AURELIO MARTIN SEPULVEDA,

         Plaintiff,

   v.

JEANNE WOODFORD, et al.,

         Defendants.

_____/

CASE NO. 1:05-CV-01143-AWI-DLB PC

ORDER ADOPTING FINDINGS AND
RECOMMENDATION AND DENYING
PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION

(DOCUMENTS #47 & #48)

     Plaintiff Aurelio M. Sepulveda ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed a motion for preliminary injunction on February 16, 2011.  Doc. 47.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On February 18, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days.  Doc. 47.  Plaintiff filed an Objection to the Findings and Recommendations on March 10, 2011.  Doc. 51.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

     Plaintiff contends that the medical care he seeks as an injunction is directly related to this action.  However, this action concerns events that occurred at Corcoran State Prison, allegedly by Defendant Wu.  The Court does not have the jurisdiction to enforce any injunction on prison officials

1

1    at Ironwood State Prison or the California Department of Corrections and Rehabilitation. *Zepeda*

2    *v. United States Immigration Serv.*, 753 F.2d 719, 727 (9th Cir. 1985).

3              Accordingly, IT IS HEREBY ORDERED that:

4         1.    The Findings and Recommendations, filed February 18, 2011, is adopted in full; and

5         2.    Plaintiff's motion for preliminary injunction, filed February 16, 2011, is denied.

6

7    IT IS SO ORDERED.

8    Dated:    April 15, 2011          _____

9                                       CHIEF UNITED STATES DISTRICT JUDGE

2